No. 123. INTERNATIONAL BROTHERHOOD OF BOILER-
MAKERS, IRON SHIPBUILDERS, BLACKSMITHS, FORGERS
& HELPERS, AFL–CIO v. HARDEMAN, 401 U. S. 233.
Motion to dispense with printing petition granted. Peti-
tion for rehearing denied.

MAY 17, 1971

No. 728. HODGSON ET AL. v. RANDALL ET AL. Affirmed
on appeal from D. C. Minn. MR. JUSTICE DOUGLAS is
of the opinion that probable jurisdiction should be noted
and case set for oral argument.

No. 1501. KOLLAR ET AL. v. CITY OF TUCSON ET AL.
Affirmed on appeal from D. C. Ariz. MR. JUSTICE
DOUGLAS and MR. JUSTICE WHITE are of the opinion that
probable jurisdiction should be noted and case set for
oral argument.

No. 1514. LEITCHFIELD MANUFACTURING CO., INC., ET
AL. v. UNITED STATES ET AL. Affirmed on appeal from
D. C. W. D. Ky.

No. 1510. AIRWICK INDUSTRIES, INC., ET AL. v. CARL-
STADT SEWERAGE AUTHORITY ET AL. Appeal from Sup.
Ct. N. J. dismissed for want of jurisdiction. Treating
the papers whereon the appeal was taken as a petition
for writ of certiorari, certiorari denied.

No. 6750. GRAY v. PENNSYLVANIA. Appeal from Sup.
Ct. Pa. dismissed for want of jurisdiction. Treating the
papers whereon the appeal was taken as a petition for
writ of certiorari, certiorari denied.